UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
AT LEXINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>V.<br><br>MARLON DWAYNE JOHNSON and<br>LESLIE YVETTE MORGAN,<br><br>     Defendants. | CRIMINAL ACTION NO. 5:13-137-KKC<br><br><br>**MEMORANDUM OPINION AND<br>ORDER** |

\*\*\* \*\*\* \*\*\*

This matter is before the Court on Defendant Marlon Dwayne Johnson's motion to continue the trial now scheduled for September 12, 2016. (DE 297). As grounds for the motion, Defendant states that a continuance: (1) is necessary in order for his new counsel to review all of the evidence in the case, and (2) would allow new counsel time to discuss the currently outstanding plea agreement with the Defendant once that review is completed. The Court finds that the offered grounds are sufficient to establish that the ends of justice could be served by granting the continuance. 18 U.S.C. § 3161(h)(7)(A). Failure to grant a continuance can work a miscarriage of justice if it forces a Defendant to forgo plea negotiations, and eliminates the possibility of receiving a reduced charge. 18 U.S.C. § 3161(h)(7)(B)(i).

However, the ends of justice potentially advanced by a continuance must also be balanced against the public's interest in the speedy trial of a Defendant. *See Zedner v. United States*, 547 U.S. 489, 501 (2006). The Defendant has indicated that neither the United States nor his Co-Defendant object to the motion. Nonetheless, before ruling on Defendant's motion the Court will provide those parties an opportunity to raise any

objections that might suggest a hazard to the public if Defendant's trial is delayed any further.

Accordingly, **IT IS ORDERED** that the United States and Defendant Leslie Yvette Morgan shall have until August 31, 2016, to submit any objections to Defendant Marlon Dwayne Johnson's motion to continue (DE 103)**.**

Dated August 26, 2016.

KAREN K. CALDWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY