UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
AT LEXINGTON

| UNITED STATES OF AMERICA, | CRIMINAL ACTION NO. 5:13-137-KKC |
|---|---|
| Plaintiff, | |
| V. | MEMORANDUM OPINION AND ORDER |
| MARLON DWAYNE JOHNSON and LESLIE YVETTE MORGAN, | |
| Defendants. | |

\*\*\* \*\*\* \*\*\*

This matter is before the Court on Defendant Marlon Dwayne Johnson's motion to continue the trial now scheduled for September 12, 2016. (DE 103). As grounds for the motion, Defendant states that a continuance: (1) is necessary in order for his new counsel to review all of the evidence in the case, and (2) would allow new counsel time to discuss the currently outstanding plea agreement with the Defendant once that review is completed. The Court previously found that the offered grounds were sufficient to establish that the ends of justice could be served by granting the continuance. (DE 105.) However, final ruling on the motion was postponed to provide the other parties in the case an opportunity to raise any objections that might suggest a hazard to the public if Defendant's trial is delayed any further. (DE 105.) Both the United States and the Defendant's Co-Defendant have indicated that they do not object. (DE 106; DE 107.)

The Court finds that, pursuant to 18 U.S.C. §3161(h)(7)(A) the time between the prior trial date and the new trial date should be excluded in computing the time that the trial of this matter must commence under the Speedy Trial Act. Failure to grant this continuance would deny defense counsel the reasonable time necessary for effective

preparation and, accordingly, the end of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy trial.

Accordingly, **IT IS ORDERED** that Defendant Marlon Dwayne Johnson's motion to continue (DE 103) is **GRANTED.** The trial of this matter is **RESCHEDULED** to begin on **November 7, 2016 at 9:00 a.m. Counsel to be present by 8:30 a.m.**

The parties should note that no further continuances will be granted absent a showing of good cause.

Dated August 31, 2016.

KAREN K. CALDWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY